No. 649, Misc. DARDEN v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 650, Misc. CURRENT v. HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 654, Misc. NOORLANDER v. CALIFORNIA. Superior Court for the County of Los Angeles, California. Certiorari denied.

No. 656, Misc. GOODMAN v. IOWA. Supreme Court of Iowa. Certiorari denied.

No. 657, Misc. GOODMAN v. LAINSON, WARDEN. District Court of Lee County, Iowa. Certiorari denied.

No. 658, Misc. WRIGHT v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 659, Misc. KRANZ v. HUMPHREY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 660, Misc. GRYGER v. BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 662, Misc. PHILLIPS v. HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 663, Misc. MANCHESTER v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 665, Misc. WHALEN ET AL. v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.